IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH H. BISQUE,

    Plaintiff,
v.                                                   CASE NO. 1:05-cv-00114-MP-AK

ASPLUNDH TREE EXPERT COMPANY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 1, Complaint against Asplundh Tree Expert Company. Plaintiff has also filed a motion for leave to proceed *in forma pauperis*. Doc. Having carefully considered the matter, the Court finds the motion for IFP is well taken.

Before the Court proceeds further, however, it must determine whether this is the appropriate forum for this case to proceed. Plaintiff is a resident citizen of Columbia County, Florida, and he maintains that he was employed by Defendant in Columbia County, Florida. Columbia County is not in this district; rather, it is within the Middle District of Florida. Unless "a substantial part of the events or omissions giving rise to the claim occurred" in the Northern District of Florida, *see* 28 U.S.C. § 1391(b), it would appear that this case should be transferred to the Middle District for further proceedings. *See* 28 U.S.C. § 1404(a).

Accordingly, it is **ORDERED**:

That the motion for leave to proceed IFP, Doc. 2, is **GRANTED;**

That, no later than **August 2, 2005**, Plaintiff shall **ADVISE** this Court in writing where the events underlying his complaint occurred.

**DONE AND ORDERED** this **20th** day of July, 2005.

        s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**